1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JABBARI McELROY,                        No.  2:15-cv-0904-EFB P

12            Plaintiff,

13      v.                                    ORDER

14   N. ASAD, et al.,

15            Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.[1]  On June 17, 2015, the court recommended that this action be dismissed because

19   plaintiff failed to pay the filing fee or submit an application for leave to proceed in forma

20   pauperis.  ECF No. 5.  Thereafter, plaintiff filed an application for leave to proceed in forma

21   pauperis (IFP) and consented to proceed before the undersigned for all purposes.  ECF Nos. 6, 7.

22   In light of plaintiff's IFP application, the June 17, 2015 recommendation is vacated.  But as

23   explained below, plaintiff has not demonstrated he is eligible to proceed in forma pauperis and

24   this action must therefore be dismissed.

25   /////

26

27        [1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.
     § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* E.D. Cal. Local
28   Rules, Appx. A, at (k)(4).

                                        1

1    A prisoner may not proceed in forma pauperis:

2
      if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in
3     any facility, brought an action or appeal in a court of the United States that was
      dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
4     upon which relief may be granted, unless the prisoner is under imminent danger of
      serious physical injury.
5

6    28 U.S.C. § 1915(g).  Court records reflect that on at least three prior occasions, plaintiff has

7    brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to

8    state a claim upon which relief may be granted.  *See* (1) *McElroy v. Gebbmedin*, No. 1:08-cv-

9    0124-LJO-GSA (E.D. Cal. Dec. 11, 2008) (order dismissing action for failure to state a claim);

10   (2) *McElroy v. Schultz*, No. 1:08-cv-0179-OWW-MJS (E.D. Cal. Apr. 30, 2010) (order

11   dismissing action for failure to state a claim); (3) *McElroy v. CDC*, 2:08-cv-0733-HWG (E.D.

12   Cal. June 3, 2009) (order dismissing action for failure to state a claim); and (4) *McElroy v.*

13   *Ground*, No. 1:13-cv-483-MJS (E.D. Cal. Nov. 1, 2013) (order dismissing action for failure to

14   state a claim).  *See also McElroy v. Turner*, No. 2:12-cv-1182-CMK (E.D. Cal. Aug. 13, 2012)

15   (order designating plaintiff a three strikes litigant pursuant to § 1915(g)).

16         The section 1915(g) exception applies if the complaint makes a plausible allegation that

17   the prisoner faced "imminent danger of serious physical injury" at the time of filing.  28 U.S.C.

18   § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  For the exception to

19   apply, the court must look to the conditions the "prisoner faced at the time the complaint was

20   filed, not at some earlier or later time." *Andrews*, 493 F.3d at 1053, 1056 (requiring that prisoner

21   allege "an ongoing danger" to satisfy the imminency requirement).  Courts need "not make an

22   overly detailed inquiry into whether the allegations qualify for the exception." *Id.* at 1055.

23         Here, plaintiff's allegations do not demonstrate that he suffered from an ongoing or

24   imminent danger of serious physical injury at the time he filed his complaint.  *See* ECF No. 1

25   (including allegations regarding an inadequate administrative appeals process and unlawful

26   property searches and seizures).  Thus, the imminent danger exception does not apply.  Plaintiff's

27   application for leave to proceed in forma pauperis must therefore be denied pursuant to § 1915(g).

28   /////

1    Accordingly, it is hereby ORDERED that

2        1.   The June 17, 2015 findings and recommendations (ECF No. 5) are vacated;

3        2.   Plaintiff's application to proceed in forma pauperis (ECF No. 7) is denied; and

4        3.   This action is dismissed without prejudice to re-filing upon pre-payment of the $400

5    filing fee.

6    DATED:  September 23, 2015.

7                                 EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3